UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: **22-24190-CIV-MARTINEZ-BECERRA**

ANGELA D. LARRY,

    Plaintiff,

v.

HIDAY & RICKE, PA,

    Defendant.

_____/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court on the Parties' Notice of Settlement, (ECF No. 15), which states that the parties have settled this case. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before May 26, 2023**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2. If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of March, 2023.

                                                                                                           JOSE E. MARTINEZ
                                                                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record